

FILED

AUG 3 0 2017

Clerk, U S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 16–38–M–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JASON HOWARD MORRIS, | |
| Defendant. | |

Before the Court is the Government's motion for the Court to reconsider the appointment of counsel to the defendant under the Criminal Justice Act. Finding good cause appearing,

IT IS ORDERED that the United States' motion (Doc. 24) is GRANTED.

IT IS FURTHER ORDERED that the defendant no longer qualifies for counsel pursuant to the Criminal Justice Act and shall retain counsel no later than September 8, 2017.

Dated this 30th day of August, 2017.

Dana L. Christensen, Chief Judge
United States District Court