IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON HOWARD MORRIS,<br><br>Defendant. | CR 16–38–M–DLC<br><br><br><br>ORDER |

Before the Court is Defendant Jason Howard Morris' Opposed Motion for Compassionate Release. (Doc. 74.) Morris moves the Court to order compassionate release from custody based on the COVID-19 outbreak that has occurred in the BOP's Lompoc facility where he is currently incarcerated, serving a 132-month sentence. (Doc. 75 at 1–2.)

Pursuant to Local Rule 7.1(d)(1)(B)(ii), the Government would ordinarily have 14 days to respond to Morris' motion. However, given the time-sensitive nature of Morris' request, the Government is instructed to file its response brief on or before Friday, April 24, 2020.

IT IS ORDERED that the Government shall file a response brief to Morris' motion (Doc. 74) on or before April 24, 2020.

DATED this 17th day of April, 2020.

_____
Dana L. Christensen, District Judge
United States District Court

_____
Dana L. Christensen, Chief District Judge
United States District Court